ROBERT KATZ, Appellant, v. JILL KATZ, Respondent.—

Latham, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.